UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEVE W. ARCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>KAUFMANN PROPERTY<br>MANAGEMENT CORP.,<br><br>    Defendant. | Case No. 1:21-CV-346 JD |

## ORDER

On August 12, 2022, the parties filed a joint Stipulation of Dismissal (DE 24), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: August 15, 2022

/s/ JON E. DEGUILIO
Chief Judge
United States District Court